No. 429. PATTERSON, GENERAL ADMINISTRATOR, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Jacob Rassner* for petitioners. *Solicitor General Rankin* for the United States.

No. 415. GASTON ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Robert S. Erdahl* and *Felicia Dubrovsky* for the United States.

No. 427. CRIMM *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *J. O. Hollis* for petitioner.

No. 442. HYDE CORPORATION *v.* HUFFINES. Supreme Court of Texas. Certiorari denied. *T. S. Christopher* for petitioner. *Ogden K. Shannon, Jr.* for respondent.

No. 443. G & G FISHING MAGNETS, INC., ET AL. *v.* K & G OIL TOOL & SERVICE CO., INC., ET AL. Supreme Court of Texas. Certiorari denied. *Tom Arnold* for petitioners. *Cooper K. Ragan* and *Robert Eikel* for respondents.

No. 425. RUSTAD ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITTAKER are of the opinion that certiorari should be granted. *John H. Dimond* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Robert S. Erdahl* for the United States.